United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Prichard, David McDonald |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, February 21, 2023 |
| Re: | 01:22-CV-01251-LY / Doc # 11 / Filed On: 02/17/2023 04:09 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Your Certificate of Service indicates service via CM/ECF.  Attorney Jerry Evans is not registered to receive electronic service/notification in this case. Please file an Amended Certificate of Service in full pleading format stating the alternate means of service employed and link it to the original document.