IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JASMINE C., an individual and on behalf, of M.C., a minor and her child; ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 1:22-cv-01251-LY |
| DANIEL DEFENSE, LLC; DANIEL DEFENSE, INC.; OASIS OUTBACK, LLC; and DOES 1-300, | § § § § § | |
| Defendants. | § | |

## DANIEL DEFENSE, LLC'S
## AMENDED CERTIFICATE OF SERVICE

Respectfully submitted,

*/s/ David M. Prichard*
David M. Prichard
State Bar No. 16317900
E-mail: dprichard@prichardyoungllp.com

David R. Montpas
State Bar No. 00794324
E-mail: dmontpas@prichardyoungllp.com

Prichard Young, LLP
Union Square, Suite 600
10101 Reunion Place
San Antonio, Texas 78216
(210) 477-7400 [Telephone]
(210) 477-7450 [Facsimile]

***COUNSEL FOR DEFENDANT,
DANIEL DEFENSE, LLC F/K/A
DANIEL DEFENSE, INC.***

## AMENDED CERTIFICATE OF SERVICE

       I hereby certify that on the 21st day of February 2023, I served the following counsel of record through electronic service or certified mail, return receipt requested as authorized by the Federal Rules of Civil Procedure:

| | |
|---|---|
| Charles A. Bonner<br>A. Cabral Bonner<br>LAW OFFICES OF BONNER & BONNER<br>475 Gate Five Rd., Suite 211<br>Sausalito, CA 94965 | Via CM/ECF |
| Victor Bonner<br>THE BONNER LAW FIRM, P.C.<br>4820 Old Spanish Trail<br>Houston, TX 77021 | Via CM/ECF |
| Jose Angel Gutierrez<br>WINSTEAD P.C.<br>2778 N. Harwood St., Suite 500<br>Dallas, TX 75201 | Via CM/ECF |
| Jerry Evans<br>EVANS LAW OFFICE, PPLC<br>127 N. West Street<br>Uvalde, TX 78801 | Via Certified Mail,<br>Return Receipt Requested |
| Jesse Ryder<br>RYDER LAW FIRM<br>6739 Myers Road<br>E. Syracuse, NY 13057 | Via CM/ECF |

                                                  */s/ David M. Prichard*
                                                  David M. Prichard