IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JASMINE C., AN INDIVIDUAL AND ON BEHALF OF M.C., A MINOR AND HER CHILD, ET AL., <br>     PLAINTIFFS, <br><br> V. <br><br> DANIEL DEFENSE, LLC; DANIEL DEFENSE, INC.; OASIS OUTBACK, LLC; AND DOES 1-300, <br>     DEFENDANTS. | § § § § § § § § § § § § § | CAUSE NO. 1:22-CV-1251-LY |

FILED
FEB 23 2023
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
   DEPUTY

## ORDER

Before the court is Defendant Mandy Gutierrez's Motion to Dismiss Plaintiffs' Class Action Complaint Pursuant to Rules 12(b)(1) and (6) filed February 1, 2023 (Doc. #11). Plaintiffs' Amended Complaint was filed February 22, 2023 (Doc. #14). In light of the filing of Plaintiffs' amended complaint,

**IT IS ORDERED** that Defendant Mandy Gutierrez's Motion to Dismiss Plaintiffs' Class Action Complaint Pursuant to Rules 12(b)(1) and (6) filed February 1, 2023 (Doc. #11) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this _23rd_ day of February, 2023.

              _____
              LEE YEAKEL
              UNITED STATES DISTRICT JUDGE