IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
FEB 23 2023
CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| JASMINE C., AN INDIVIDUAL AND ON BEHALF OF M.C., A MINOR AND HER CHILD, ET AL., <br>     PLAINTIFFS, <br> V. <br> DANIEL DEFENSE, LLC; DANIEL DEFENSE, INC.; OASIS OUTBACK, LLC; AND DOES 1-300, <br>     DEFENDANTS. | § § § § § § § § § § § § | CAUSE NO. 1:22-CV-1251-LY |

## AMENDED ORDER

Before the court is Defendant Daniel Defense, LLC's Rule12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction filed February 17, 2023 (Doc. #11). Plaintiffs' Amended Complaint was filed February 22, 2023 (Doc. #14). In light of the filing of Plaintiffs' amended complaint,

**IT IS ORDERED** that Defendant Daniel Defense, LLC's Rule12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction filed February 17, 2023 (Doc. #11) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 23rd day of February, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE